UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH SANCHEZ,

                Plaintiff,

    v.                               **ORDER**

THOMAS GRIFFIN,                16 Civ. 6433 (ER)

                Defendant.

RAMOS, D.J.

       On August 12, 2016, Joseph Sanchez filed a habeas petition under 28 U.S.C. § 2254. Doc. 1.  On January 20, 2017, the Court stayed his case pending resolution of his post-conviction motion requesting DNA testing in state court.  Docs. 17, 18.  On October 4, 2019, Sanchez informed the Court that his motion for DNA testing was still pending.  Doc. 20.  Since then, Sanchez has not updated the Court on the status of his DNA motion.  Accordingly, Sanchez is directed to submit a status report by **November 19, 2020** and every three months thereafter.  Failure to comply with the Court's order could result in sanctions, including dismissal for failure to prosecute.  Fed. R. Civ. P. 41(b).

       It is SO ORDERED.

Dated:  November 5, 2020
           New York, New York

                                                        Edgardo Ramos, U.S.D.J.