**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH SANCHEZ,

                      Plaintiff,        **ORDER**

         -against-                      **16-CV-6433 (ER) (JW)**

THOMAS GRIFFIN,

                      Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On August 24, 2022, Petitioner filed a status update with the Court and requested a continuation of the stay in this case. The request is GRANTED. Petitioner is directed to file another status update with the Court by **November 18, 2022**.

SO ORDERED.

DATED:    New York, New York
               August 26, 2022

                                                             */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge