UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH SANCHEZ,

                        Plaintiff,              **ORDER**

       -against-                         **16-CV-6433 (ER) (JW)**

THOMAS GRIFFIN,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On November 18, 2022, Petitioner filed a status update with the Court. Dkt. No. 37. In light of the outstanding issues raised in that letter, the stay is continued. Petitioner is directed to file another status update with the Court by **February 18, 2023**.

SO ORDERED.

DATED:    New York, New York
               November 21, 2022

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge