**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH SANCHEZ,

<table>
<tr><td></td><td>Plaintiff,</td><td>__ORDER__</td></tr>
<tr><td>-against-</td><td></td><td>**16-CV-6433 (ER) (JW)**</td></tr>
</table>

THOMAS GRIFFIN,

                             Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 18, 2023, Petitioner filed a status update with the Court.  Dkt. No. 39.  In light of the information provided in that letter, particularly that a hearing related to the outstanding lab test results is scheduled for March 1, 2023, Petitioner is directed to file a status update letter with the Court by **March 8, 2023**.

SO ORDERED.

DATED:     New York, New York
            February 22, 2023

                                           *Jennifer E. Willis*
                                       JENNIFER E. WILLIS
                                       United States Magistrate Judge