# JUSTIN C. BONUS, ESQ.
## ATTORNEY AT LAW

| | | |
|---|---|---|
| JUSTIN C. BONUS, ESQ.<br>justin.bonus@gmail.com | 118-35 QUEENS BOULEVARD, SUITE 400<br>FOREST HILLS, NY 11375 | TEL. (347) 920-0160<br>FAX: (888) 237-8686 |

The Honorable Jennifer E Willis
Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The request is GRANTED. The Court is not likely to entertain further extensions absent extraordinary circumstances. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> May 16, 2024.

**Re:    Joseph Sanchez v. Thomas Griffin**
**Docket Number: 1:16-cv-06433-ER-JW**

Dear Honorable Willis:

As you know, this office is counsel to Petitioner, Joseph Sanchez, in the above-captioned matter. We write this letter to respectfully request an extension to file Mr. Sanchez's amended petition and memorandum of law.

This is Mr. Sanchez's first request for an extension. Here, there is an extensive appellate and post-conviction procedural history, along with several claims that Mr. Sanchez was subjected to substantial due process violations.

Additionally, I am scheduled to be in a hearing on May 20, 2024 through May 22, 2024 in St. Louis, MO on a post-conviction motion on a case (Christopher Dunn) from 1990 and then on June 4, 2024 through June 6, 2024, I will be involved in a bench trial in Louisiana, involving an innocent man's (Vincent Simmons) claims that he is entitled to state compensation for serving almost 45 years in prison based upon his wrongful conviction.

As such, I respectfully request a 45-day extension to file Mr. Sanchez's amended petition and memorandum of law. I have conferred with opposing counsel, and he does not object.

Please feel free to contact me if you have any questions or need further information.

Thank you for your consideration of Mr. Sanchez's request.

Sincerely,

JUSTIN C. BONUS, ESQ.
    Attorney at Law

/s/ Justin Bonus
JUSTIN BONUS, ESQ.

cc; VIA ECF

T. Charles Won
Assistant District Attorney
Bronx County District Attorney's Office
Appeals Bureau
198 E. 161st Street
Bronx, NY 10451