# JUSTIN C. BONUS, ESQ.

ATTORNEY A

JUSTIN C. BONUS, ESQ.
JUSTIN.BONUS@GMAIL.COM

305 BROADWAY, 7TH F
NEW YORK, NEW YORK

Respondent did not file a letter in opposition and therefore the Court deems this request unopposed. Therefore, Petitioner's request is GRANTED and the case is STAYED. Petitioner should update the Court once he has exhausted his claims in state Court, but should provide a progress letter by **February 11, 2027**. SO ORDERED.

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge
October 2, 2026

September 16, 2

The Honorable Jennifer E Willis
Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Joseph Sanchez v. Thomas Griffin**
**Docket Number: 1:16-cv-06433-ER-JW**

Dear Honorable Judge Willis:

As you know, this office is counsel to Petitioner, Joseph Sanchez, in the above-captioned matter. We write the Court to request a stay of Mr. Sanchez's habeas petition as there has been newly discovered evidence that supports the due process violations in Mr. Sanchez's current habeas petition.

As of August 27, 2026, counsel for Mr. Sanchez directly received evidence that the People provided Bonifacio Soto, their sole eyewitness, with undisclosed benefits and withheld other significant impeachment evidence. As this Court knows, this material dovetails with and further supports Mr. Sanchez's claims regarding *Brady* and *Napue* violations.

The new evidence that Mr. Sanchez's counsel has received includes the following:

- After Bonifacio Soto was detained for violating probation in January 2008, he told a minor, teenaged female to contact ADA David Greenfield for help. This teenager spoke with Greenfield in-person, talking to him through a door at the Bronx DA's Office, and Greenfield told her he would "take care of it."

- ADA Greenfield was then present at one of Soto's court appearances, sitting in the audience section and not saying anything on the record. Soto's defense attorney at this appearance was a man named Fareesh Sarangi. The teenager and her mother were present too. Greenfield stopped the teenager and her mother and asked the teenager's mother how old the teenager was. At the time, the teenager was 16 years old and was visibly pregnant. The teenager's mother told Greenfield that the teenager was 16. Greenfield knew that the unborn child was Bonifacio Soto's, but Greenfield never disclosed to Sanchez's counsel that Soto had impregnated the teenager, and that Soto, an adult, therefore was committing statutory rape (and was never prosecuted by the Bronx DA's Office for that crime).

- A "Detective Mike" (presumably the case detective Michael Diskin) came looking for Bonifacio Soto multiple times before trial. One time, Soto hid and directed the teenager to tell them she hadn't seen him. This evidences that Soto was a recalcitrant witness, but that fact was never disclosed.

- Between Joseph Sanchez's arrest and trial, Bonifacio Soto broke the face of a security guard at a NYCHA building. This sounds like it may have been the April 2010 incident that Soto testified about at trial, where he claimed that he was arrested for disorderly conduct simply because a police officer pushed Soto and Soto talked back.

- Soto was arrested for domestic violence multiple times between Joseph Sanchez's arrest and trial.

- Soto had been diagnosed with and treated for mental illnesses prior to the shooting and trial, but by the time of his shooting was no longer taking his medication.

As such, we respectfully request that the Court stay this matter while Mr. Sanchez exhausts his claims in state court. In the event that the Court needs further briefing of this matter, we request that we be allowed to file under seal, as filing publicly could reveal the identity of a child victim of sex abuse. *Murphy v. Warden of Attica Corr. Facility*, 2020 WL 6866403, at *2 (S.D.N.Y. Nov. 23, 2020) (Cott, M.J.) ("it is common for courts in this District to grant requests for sealing orders to protect a sexual assault victim's identity")

Thank you for your consideration of Mr. Sanchez's request.

Sincerely,

JUSTIN C. BONUS, ESQ.
Attorney at Law

/s/ Justin Bonus
JUSTIN BONUS, ESQ.

cc; VIA ECF
T. Charles Won
Assistant District Attorney
Bronx County District Attorney's Office
Appeals Bureau
198 E. 161st Street
Bronx, NY 10451